# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2025

### NO. 03-24-00596-CV

**Paul Johnson, Appellant**

**v.**

**Bastrop Central Appraisal District, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court on June 18, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.